IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00512-CBS | Date:  October 5, 2015 |
| <u>Courtroom Deputy: Amanda Montoya</u> | <u>FTR – Reporter Deck-Courtroom A402</u> |

*Parties:*                                                                 *Counsel:*

PAMELA MASSEY, *et al.*,                         DezaRae LaCrue

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,           Kurt Henkel

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 10:10 a.m.**
Court calls case.  Appearances of counsel.

Discussion and argument regarding pending motions.

**ORDERED:**    *[24] Motion to Amend Scheduling Order* is **GRANTED** and the rebuttal expert deadline is extended until **November 12, 2015.**

Discovery deadline is extended until **November 30, 2015.**

*[26] Allstate's Motion to Amend the Scheduling Order to Extend Time for Disclosure of Expert Report and Produce an Additional Expert in the Field of Insurance Claim Handling* is **GRANTED in part and DENIED in part** as stated on the record.

Briefing on *[25] Motion for Severance of Plaintiffs' Claims* is **STAYED** to be revisited if needed at a later date.

HEARING CONCLUDED.

**Court in recess: 10:48 a.m.**

Total time in court: 00:38

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.